B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Skyline Pallets Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **36-4239915** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**Leticia Mancilla, President<br>& Registered Agent<br>584 Arlington Lane<br>South Elgin, IL**    ZIP CODE **60177** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0797551177)*

**B1 (Official Form 1) (4/10)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Skyline Pallets Service, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br> Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☑ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

　　　　　　　　　　　　　　　　　**Erice Janssen**
　　　　　　　　　　　　　　　　　(Name of landlord that obtained judgment)

　　　　　　　　　　　　　　　　　**c/o Sanford Kahn, Ltd.**
　　　　　　　　　　　　　　　　　**180 N LaSalle Street, Ste 2025**
　　　　　　　　　　　　　　　　　**Chicago, IL 60601**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0797551177)*

B1 (Official Form 1) (4/10)  Page 3

| Voluntary Petition | Name of Debtor(s): **Skyline Pallets Service, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Charles Wm. Dobra, Esq.**
_____
**Charles Wm. Dobra, Esq.**      Bar No. **00647039**

**Charles Wm. Dobra, Ltd.**
**675 E. Irving Park Road**
**Suite 100**
**Roselle, IL 60172**

Phone No. **(630) 893-2494**    Fax No. **(630) 893-2497**

2/20/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Skyline Pallets Service, Inc.**

X **/s/ Agustin Mancilla**
Signature of Authorized Individual

**Agustin Mancilla**
Printed Name of Authorized Individual

**V.P., Tresurer, Secretary**
Title of Authorized Individual

**2/20/2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Skyline Pallets Service, Inc.**                                              CASE NO

                                                                                       CHAPTER    **7**

# EXHIBIT "A" TO VOLUNTARY PETITION

| | | |
|---|---|---|
| 1. Debtor's employer identification number is_____**36-4239915**_____. | | |
| 2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____. | | |
| 3. The following financial data is the latest available information and refers to the debtor's condition on_____. <br> a. Total Assets <br> b. Total Liabilities | | |
| **Secured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated secured debt | | |
| Contingent secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |
| ***Comments, if any*** | | |
| 4. Brief description of debtor's business: <br> *Sells pallets* | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Skyline Pallets Service, Inc.**                              CASE NO

                                                                       CHAPTER    **7**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Agustin Mancilla, 49%*
   *Leticia Mancilla, 51%*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, **Agustin Mancilla**, the **V.P., Tresurer, Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **2/20/2011**                    Signature: **/s/ Agustin Mancilla**
                                                  *Agustin Mancilla*
                                                  **V.P., Tresurer, Secretary**

B6F (Official Form 6F) (12/07)

In re **Skyline Pallets Service, Inc.**                             Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxx2429<br>Alfred A. Akkeron, MD<br>Broadway Orthopedics, Ltd<br>Westlake Professional Building<br>1111 Superior, Ste 305<br>Melrose Park, IL 60160 | | DATE INCURRED: 2007<br>CONSIDERATION:<br>Medical services<br>REMARKS:<br>For employee, Marco Saldone | | X | | Unknown |
| ACCT #: xxxxxx5672<br>AmeriGas<br>522 S Vermont Street<br>Palatine, IL 60067-6948 | | DATE INCURRED: 2010-2011<br>CONSIDERATION:<br>Open account<br>REMARKS: | | X | | $423.27 |
| ACCT #: xxxxxxxxxx2520<br>AT & T<br>P. O. Box 8100<br>Aurora, IL 60507-8100 | | DATE INCURRED: 2010-2011<br>CONSIDERATION:<br>Telephone services<br>REMARKS: | | X | | $215.61 |
| ACCT #: x4193<br>B & H Freight, Inc.<br>Law Offices of Michael Davis Weis<br>P. O. Box 1166<br>Northbrook, IL 60065 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #: x4024<br>B & H Frieght<br>P. O. Box 633<br>Bensenville, IL 60106 | | DATE INCURRED: 2010<br>CONSIDERATION:<br>Open account<br>REMARKS: | | X | | $700.00 |
| ACCT #: xxxxxxx xxxxunts<br>Bernie's Saw & Supply, Inc<br>1233 Circle Avenue<br>Froest Park, IL 60130-2416 | | DATE INCURRED: 2010-2011<br>CONSIDERATION:<br>Open account<br>REMARKS: | | X | | $1,113.97 |
| | | | | | Subtotal > | $2,452.85 |
| | | | | | Total > | |

_____8_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**            Case No. _____
                                                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx xxxxunts**<br>**BTL Pallet Corporation**<br>**3310 W Elm Road**<br>**Franklin, WI 53132** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $3,623.23 |
| ACCT #: **xxxx-xxxx-xxxx-1906**<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | DATE INCURRED: **2007-2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Business account** | | X | | $17,494.79 |
| ACCT #: **xxxxxxxxxx8005**<br>**Chase Business Line of Credit**<br>**P. O Box 260161**<br>**Baton Rouge, LA 70826-0161** | | DATE INCURRED: **2/05**<br>CONSIDERATION:<br>**Business line of credit**<br>REMARKS:<br>**Business line of credit** | | X | | $93,760.43 |
| ACCT #: **xxxxxx3562**<br>**Citibank**<br>**3950 Regent Blvd.**<br>**Mail Stop S3A-315**<br>**Irving, TX 60131-1008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS:<br>**Deficiency on warehouse located at 480 Podlin Drive, Franklin Park, IL** | | | | $403,160.59 |
| ACCT #: **xx xx x5259**<br>**Citibank**<br>**Houselman Rappin & Olswang, Ltd**<br>**39 S LaSalle Street**<br>**Chicago, IL 60603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **x9-475**<br>**Collins Backflor Specialists, Inc.**<br>**736 W Karen Lane**<br>**Palatine, IL 60067** | | DATE INCURRED: **5/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $458.91 |

Sheet no. ____**1**____ of ____**8**____ continuation sheets attached to           Subtotal >       **$518,497.95**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**                                                Case No. _____
                                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxxxx9015<br>**Commonwealth Edison**<br>**Customer Care Center**<br>**P. O. Box 805379**<br>**Chicago, IL 60680-5379** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Utility services**<br>REMARKS:<br>**For business warehouse foreclosed located at 480 Podlin Drive, Forest Park, IL 60131** | | X | | $1,935.11 |
| ACCT #: xxxxxx3019<br>**Commonwealth Edison**<br>**Customer Care Center**<br>**P. O. Box 805379**<br>**Chicago, IL 60680-5379** | | DATE INCURRED: **2010-2011**<br>CONSIDERATION:<br>**Utility services**<br>REMARKS:<br>**Deficiency on foreclosed warehouse located at 480 Podlin Drive, Franklin Park, IL 60131** | | X | | $3,099.27 |
| ACCT #: xxxxxxxxx035B<br>**Cook County Dept of Revenue**<br>**Environmental Control**<br>**P. O. Box 641547**<br>**Chicago, IL 60664-1547** | | DATE INCURRED: **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**For a heater** | | X | | $105.00 |
| ACCT #: xx-xx-xxx-xxx-0000<br>**Cook County Treasurer's Office**<br>**118 N Clark Street, Ste 112**<br>**Chicago, IL 60602** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Past Due Property Taxes**<br>REMARKS:<br>**For property foreclosed on located at 480 Podlin, Franklin Park, IL 60131-1008** | | X | | $57,992.19 |
| ACCT #: xx-xx-xxx-xx5-000<br>**Cook County Treasurer's Office**<br>**118 N Clark Street, Ste 112**<br>**Chicago, IL 60602** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Past Due Property Taxes**<br>REMARKS:<br>**For foreclosed property located at 480 Podlin Drive, Franklin Park, IL 60131** | | X | | $63,989.81 |
| ACCT #: xxx56 LT<br>**Defrees & Fiske, LLC**<br>**Law Offices**<br>**200 S Michigan Avenue, Ste 1100**<br>**Chicago, IL 60604** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | X | | $29,067.22 |

Sheet no. __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$156,188.60**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxx3626**<br>**Dex One**<br>**Attn: Client Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** | | DATE INCURRED: **2010**<br>CONSIDERATION: **Advertisement**<br>REMARKS: | | X | | $1,537.60 |
| ACCT #: **xxxxxxxxxxxx0914**<br>**Discover More**<br>**P. O. Box 15192**<br>**Wilmington, DE 19850-5192** | | DATE INCURRED: **2006-2010**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | X | | $10,764.73 |
| ACCT #: **xxx/x7599**<br>**Elliott & Associates Attorney PC**<br>**1430 Lee Street**<br>**Des Plaines, IL 60018** | | DATE INCURRED: **2010**<br>CONSIDERATION: **Open account**<br>REMARKS: | | X | | $464.42 |
| ACCT #: **x7784**<br>**Elmhurst Memorial Occupational Health Se**<br>**230 E Irving Park Road**<br>**Wood Dale, IL 60191** | | DATE INCURRED: **4/10**<br>CONSIDERATION: **Medical services**<br>REMARKS: | | X | | $90.00 |
| ACCT #: **x7784**<br>**Elmhurst Memorial Occ Health Services**<br>**Department 4596**<br>**Carol Stream, IL 60122-4596** | | DATE INCURRED:<br>CONSIDERATION: **Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xx xx xx9312**<br>**Eric Janssen, as Reciever**<br>**Sanford Kahn, Ltd**<br>**180 N LaSalle Street, Ste 2025**<br>**Chicago, IL 60601** | | DATE INCURRED: **8/10**<br>CONSIDERATION: **Past due rent**<br>REMARKS: | | X | | $26,600.00 |

Sheet no. ___3___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $39,456.75

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: x-xxx-x2169<br>**FedEx**<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $10.64 |
| ACCT #: x-xxx-xxxxx-xx3009<br>**FedEx**<br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxx xxxxices<br>**Fire Equipment Company**<br>80 W Lake Street<br>P. O. Box 2308<br>Northlake, IL 60164 | | DATE INCURRED: **2008-2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $4,010.90 |
| ACCT #:<br>**G. Bose & Associates, Inc.**<br>3108 Venard Road<br>Downers Grove, IL 60515 | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Fees**<br>REMARKS: | | X | | $3,250.00 |
| ACCT #: xxxxxxx xxxxunts<br>**Harvey Pallets, Inc.**<br>13601 S Western Avenue<br>Blue Island, IL 60406 | | DATE INCURRED: **2009-2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $4,010.25 |
| ACCT #: xxxxxx.x0002<br>**Howard & Howard**<br>Law for Business<br>200 S Michigan Avenue, Ste 1100<br>Chicago, IL 60604-2401 | | DATE INCURRED: **09-10**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | X | | $5,764.50 |

Sheet no. ____4____ of ____8____ continuation sheets attached to　　　　　　**Subtotal >**　　$17,046.29
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
　　　　　　　　　　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John J Morrison, Ltd**<br>**Attorney at Law**<br>**20 N Wacker Drive, Ste 2900**<br>**Chicago, IL 60606** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | X | | $437.50 |
| ACCT #: **xx0972**<br>**Kamps Pallets, Inc.**<br>**McKenzie Becker & Stevens, Inc.**<br>**Accounts Receivables Mgmt Special**<br>**P. O. Box 1967**<br>**Lakeville, CT 06039** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,200.00 |
| ACCT #: **xx-xxx3994**<br>**Linc Systems**<br>**16540 Southpark Drive**<br>**Westfield, IN 46074** | | DATE INCURRED: **12/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,671.70 |
| ACCT #: **xxxx 8625**<br>**Marco Saldana**<br>**c/o Shapiro Vasilatos & Cotter, PC**<br>**Attorneys at Law**<br>**555 W Jackson Blvd., Ste 700**<br>**Chicago, IL 60661** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $3,000.00 |
| ACCT #: **xx xx 6487**<br>**Menards**<br>**Lewis Brisbois Bisgaard & Smith, LLP**<br>**550 W Adams Street, STe 300**<br>**Chicago,IL 60661** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $661,092.50 |
| ACCT #: **xKYLI**<br>**Metropolitan Lumber Company**<br>**4200 Cantera Drive**<br>**Warrenville, IL 60555** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $5,700.00 |

Sheet no. ____**5**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $675,101.70

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**                                                                         Case No. _____
                                                                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx-0001**<br>**National Pump & Compressor**<br>**4533 W North Avenue**<br>**Melrose Park, IL 60160** | | DATE INCURRED: **10/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $241.48 |
| ACCT #: **xx-xx-xx-x000 4**<br>**Nicor Gas**<br>**P. O. Box 2020**<br>**Aurora, IL 60507-2020** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | X | | $1,931.69 |
| ACCT #: **xx-2241**<br>**Packaging Partners**<br>**c/o The ChaetKaplanBaim Firm**<br>**Attorneys at Law**<br>**30 N LaSalle Street, Ste 1520**<br>**Chicago, IL 60602** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $3,250.00 |
| ACCT #: **xxxxxxxx-0218**<br>**Penske Truck Leasing Co., LP**<br>**P. O. Box 802577**<br>**Chicago, IL 60680-2577** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $75.45 |
| ACCT #: **x7810**<br>**Preferred Long Distance, Inc.**<br>**16830 Ventura Blvd., Ste 350**<br>**Encino, CA 91436-1716** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | X | | $96.65 |
| ACCT #: **xx-xxx-xxx194-4**<br>**Premium Finance Agreement**<br>**c/o Imperial Credit Corporation**<br>**101 Hudson Street**<br>**Jersey City, NJ 07302** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $550.92 |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to                                        **Subtotal >**    $6,146.19
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx9519**<br>**Restruction General Contractors**<br>**Lou Harris & Company**<br>**613 Academy Drive**<br>**Northbrook, IL 60062-2420** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **2402**<br>**Restruction General Contractors**<br>**136 Shermer Road, Ste 220**<br>**Northbrook, IL 60062** | | DATE INCURRED: **5/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $900.00 |
| ACCT #: **xxxxxx9004**<br>**Small Business Administration**<br>**c/o Patrick J. Fitzgerald**<br>**219 S. Dearborn St., Fifth Floor**<br>**ATTN: Joel R. Nathan, Esq.**<br>**Chicago, IL 60604** | | DATE INCURRED: **3/14/2005**<br>CONSIDERATION:<br>**Mortgage Arrearage**<br>REMARKS: | X | X | | $351,000.00 |
| ACCT #:<br>**SomerCor 504, Inc**<br>**601 S LaSalle Street**<br>**Chicago, IL 60605** | | DATE INCURRED: **11/04**<br>CONSIDERATION:<br>**Line of credit**<br>REMARKS:<br>**Small business line of credit** | | X | | $351,000.00 |
| ACCT #: **xxxxx1828**<br>**T Mobile Customer Relations**<br>**P. O. Box 37380**<br>**Albuquerque, NM 87175-7380** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | X | | $1,396.00 |
| ACCT #: **xxxxx647-1**<br>**Veolia Enviromental Services**<br>**4612 W Lake Street**<br>**Melrose Park, IL 60160** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | X | | $572.92 |

Sheet no. ____7____ of ____8____ continuation sheets attached to　　　　　　　　**Subtotal >**　　**$704,868.92**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
　　　　　　　　　　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Skyline Pallets Service, Inc.**  Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx0265**<br>**Village of Bensenville**<br>**12 S Center Street**<br>**Bensenville, IL 60106** | | DATE INCURRED: **2010-2011**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | X | | $2,624.99 |
| ACCT #:<br>**Village of Franklin Park**<br>**9500 W Belmont Avenue**<br>**Franklin Park, IL 60131** | | DATE INCURRED: **2009-2010**<br>CONSIDERATION:<br>**Vehicle sticker**<br>REMARKS: | | X | | $160.00 |
| ACCT #: **xxxxx9494**<br>**Yellow Pages, Inc.**<br>**P. O. Box 60007**<br>**Anaheim, CA 92812-6007** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Advertisement**<br>REMARKS: | | X | | $256.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $3,040.99

**Total >**  $2,122,800.24
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: §
§
**Skyline Pallets Service, Inc.** §   Case No. _____
§
Debtor(s) §   Chapter    **7**

# DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.


Date:  **2/20/2011**          **/s/ Agustin Mancilla**
                              Agustin Mancilla
                              V.P., Tresurer, Secretary
                              **Complete EIN:  36-4239915**

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.


Date:  **2/20/2011**                              **/s/ Charles Wm. Dobra, Esq.**
                                                  Charles Wm. Dobra, Esq., Attorney for Debtor