# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
       §
SKYLINE PALLETS SERVICE, INC. §   Case No. 11-06550
       §
       Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____$^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____$^{2}$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-06550 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SKYLINE PALLETS SERVICE, INC. | | Date Filed (f) or Converted (c): | 02/20/11 (f) |
| | | | 341(a) Meeting Date: | 04/04/11 |
| For Period Ending: 09/13/13 | | | Claims Bar Date: | 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 480 Podlin, Franklin Park, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 3. checking acct. - Chase | 1,200.00 | 1,200.00 | | 7,601.25 | FA |
| 4. savings acct. | 2.21 | 2.21 | DA | 0.00 | FA |
| 5. savings acct - Oak Trust | 85.57 | 85.57 | DA | 0.00 | FA |
| 6. CD - Illinois National Bank | Unknown | 0.00 | DA | 0.00 | FA |
| 7. accts. rec. | 0.00 | 0.00 | DA | 617.10 | FA |
| 8. furniture | Unknown | 0.00 | DA | 0.00 | FA |
| 9. inventory | Unknown | 0.00 | DA | 0.00 | FA |
| 10. real estate tax refund (u) | 0.00 | 4,000.00 | | 4,244.55 | FA |
| 11. Nicor (u) | Unknown | 0.00 | | 166.94 | FA |
| 12. class action settlement (junk faxes) (u) | 0.00 | 0.00 | | 591.19 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,337.78 $5,337.78 $13,221.45 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/13    Current Projected Date of Final Report (TFR): 06/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-06550 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SKYLINE PALLETS SERVICE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******9915 | | | |
| For Period Ending: | 09/13/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/11 | 7 | Skyline Pallets Service, Inc. | account recievable | 1121-000 | 617.10 | | 617.10 |
| | | | Replicated from deposit #100001-1 | | | | |
| | | | DEPOSIT CHECK #197008 | | | | |
| 05/27/11 | 3 | Skyline Pallets Service, Inc. | checking account proceeds | 1129-000 | 3,580.77 | | 4,197.87 |
| | | | DEPOSIT CHECK #34697 | | | | |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,197.90 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,197.93 |
| 08/11/11 | 3 | Castle Bank | balance of proceeds from debtor checking account | 1129-000 | 4,020.48 | | 8,218.41 |
| | | | DEPOSIT CHECK #9032907001 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,218.45 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,193.45 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,193.51 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,168.51 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,168.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,143.57 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,143.63 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,118.63 |
| 12/06/11 | 11 | Nicor | refund | 1290-000 | 166.94 | | 8,285.57 |
| 12/20/11 | 10 | Maria Pappas | real estate tax refund | 1224-000 | 4,244.55 | | 12,530.12 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 12,530.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,505.19 |
| * 01/08/12 | | Maria Pappas | duplicate entry | 1224-003 | 4,244.55 | | 16,749.74 |
| | | | Replicated from deposit #100004-1 | | | | |
| * 01/08/12 | | Maria Pappas | real estate tax refund | 1224-003 | -4,244.55 | | 12,505.19 |
| 01/10/12 | 001001 | Elliot & Associates Attorneys, PC | payment of legal fees per order of | 3210-000 | | 1,414.85 | 11,090.34 |
| | | 1430 Lee Street | 12/1/11 | | | | |
| | | Des Plaines, IL  60131 | | | | | |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,090.41 |

Page Subtotals    12,630.26    1,539.85

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.05c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-06550 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SKYLINE PALLETS SERVICE, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******9915 | | |
| For Period Ending: | 09/13/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | | Transfer to Acct #*******4711 | Bank Funds Transfer | 9999-000 | | 11,090.41 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 12,630.26   12,630.26   0.00 |
| Less:  Bank Transfers/CD's | 0.00   11,090.41 |
| Subtotal | 12,630.26   1,539.85 |
| Less:  Payments to Debtors | 0.00 |
| Net | 12,630.26   1,539.85 |

Page Subtotals    0.00    11,090.41

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 16.05c

LFORM24

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-06550 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | SKYLINE PALLETS SERVICE, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4711 Checking Account |
| Taxpayer ID No: | *******9915 | | | |
| For Period Ending: | 09/13/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5665 | Bank Funds Transfer | 9999-000 | 11,090.41 | | 11,090.41 |
| 03/10/12 | 12 | Bock & Hatch, LLC | | 1290-000 | 591.19 | | 11,681.60 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 11.20 | 11,670.40 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 11.99 | 11,658.41 |
| 06/01/13 | | Congressional BANK | bank service charge (4/22/13) | 2600-000 | | 12.39 | 11,646.02 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 12.37 | 11,633.65 |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 11.95 | 11,621.70 |
| 08/01/13 | 001001 | JPMorgan Chase Bank, N.A. | | 4210-000 | | 7,000.00 | 4,621.70 |
| | | c/o Law Office of Douglas Johnson | | | | | |
| | | 321 N. Clark, 5th Floor | | | | | |
| | | Chicago, IL 60654 | | | | | |
| 08/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 12.34 | 4,609.36 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 11,681.60 | 7,072.24 | 4,609.36 |
| Less: Bank Transfers/CD's | 11,090.41 | 0.00 | |
| Subtotal | 591.19 | 7,072.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 591.19 | 7,072.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******5665 | 12,630.26 | 1,539.85 | 0.00 |
| Checking Account - *******4711 | 591.19 | 7,072.24 | 4,609.36 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,221.45 | 8,612.09 | 4,609.36 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  11,681.60  7,072.24

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 16.05c

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| | |
|---|---|
| Case No: | 11-06550 -RG |
| Case Name: | SKYLINE PALLETS SERVICE, INC. |
| Taxpayer ID No: | *******9915 |
| For Period Ending: | 09/13/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4711  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 12, 2013 |
|---|---|---|---|---|---|---|

Case Number:   11-06550
Debtor Name:   SKYLINE PALLETS SERVICE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $3,582.27 | $0.00 | $3,582.27 |
| 000006A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $4,206.00 | $0.00 | $4,206.00 |
| 000001B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $100.00 | $0.00 | $100.00 |
| 000003<br>070<br>7100-00 | Restruction General Contractors LLC<br>3141 MacArthur Blvd<br>Northbrook, IL 60062 | Unsecured | | $900.00 | $0.00 | $900.00 |
| 000004<br>070<br>7100-00 | Elliott & Associates Attorney PC<br>Michael J Elliot<br>1430 Lee Street<br>Des Plaines, IL 60018 | Unsecured | | $464.42 | $0.00 | $464.42 |
| 000005<br>070<br>7100-00 | Preferred Long Distance, Inc.<br>16830 Ventura Blvd., Ste 350<br>Encino, CA 91436-1716 | Unsecured | | $96.65 | $0.00 | $96.65 |
| 000006B<br>070<br>7100-00 | Illinois Department of Revenue | Unsecured | | $549.44 | $0.00 | $549.44 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $1,803.18 | $0.00 | $1,803.18 |
| 000008<br>070<br>7100-00 | Illinois Bell Telephone Company<br>AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | | $1,000.93 | $0.00 | $1,000.93 |
| 00002B<br>070<br>7100-00 | JP Morgan Chase Bank<br>c/o Law Office of Douglas Johnson<br>321 N. Clark, 5th Floor<br>Chicago, IL 60654 | Unsecured | | $84,666.01 | $0.00 | $84,666.01 |
| 000002A<br>050<br>4210-00 | JPMorgan Chase Bank, N.A.<br>c/o Law Office of Douglas Johnson<br>321 N. Clark, 5th Floor | Secured | | $7,000.00 | $7,000.00 | $0.00 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 12, 2013 |

Case Number: 11-06550  Claim Class Sequence
Debtor Name: SKYLINE PALLETS SERVICE, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chicago, IL 60654 | | | | | |
| | Case Totals: | | | $104,368.90 | $7,000.00 | $97,368.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-06550
Case Name: SKYLINE PALLETS SERVICE, INC.
Trustee Name: JOSEPH R. VOILAND

    Balance on hand    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | JPMorgan Chase Bank, N.A. | $ | $ | $ | $ |

    Total to be paid to secured creditors    $_____

    Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ | $ | $ |
| 000006A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ | $ | $ |
| 000003 | Restruction General Contractors LLC | $ | $ | $ |
| 000004 | Elliott & Associates Attorney PC | $ | $ | $ |
| 000005 | Preferred Long Distance, Inc. | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |
| 000008 | Illinois Bell Telephone Company | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Illinois Department of Revenue | $ | $ | $ |
| 00002B | JP Morgan Chase Bank | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____


    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE