UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
SKYLINE PALLETS SERVICE, INC. §     Case No. 11-06550
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/05/2013 in Courtroom 240,
      United States Courthouse
      c/o Kane County Courthouse
      100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2013     By: Kenneth S. Gardner
                    Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SKYLINE PALLETS SERVICE, INC. §   Case No. 11-06550
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,221.45 |
| and approved disbursements of | $ | 8,612.09 |
| leaving a balance on hand of[1] | $ | 4,609.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | JPMorgan Chase Bank, N.A. | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,609.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,072.15 | $ 0.00 | $ 2,072.15 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 146.70 | $ 0.00 | $ 146.70 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,218.85 |
| Remaining Balance | $ 2,390.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,788.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ 3,582.27 | $ 0.00 | $ 1,099.53 |
| 000006A | Illinois Department of Revenue | $ 4,206.00 | $ 0.00 | $ 1,290.98 |
| | Total to be paid to priority creditors | | | $ 2,390.51 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,580.63 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ 100.00 | $ 0.00 | $ 0.00 |
| 000003 | Restruction General Contractors LLC | $ 900.00 | $ 0.00 | $ 0.00 |
| 000004 | Elliott & Associates Attorney PC | $ 464.42 | $ 0.00 | $ 0.00 |
| 000005 | Preferred Long Distance, Inc. | $ 96.65 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | American InfoSource LP as agent for | $ 1,803.18 | $ 0.00 | $ 0.00 |
| 000008 | Illinois Bell Telephone Company | $ 1,000.93 | $ 0.00 | $ 0.00 |
| 000006B | Illinois Department of Revenue | $ 549.44 | $ 0.00 | $ 0.00 |
| 00002B | JP Morgan Chase Bank | $ 84,666.01 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $            0.00

Remaining Balance        $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                  Case No. 11-06550-CAD
Skyline Pallets Service, Inc.                                           Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                Page 1 of 3           Date Rcvd: Oct 25, 2013
                              Form ID: pdf006             Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
db            +Skyline Pallets Service, Inc.,   Leticia Mancilla, President,   & Registered Agent,
                584 Arlington Lane,   South Elgin, IL 60177-2869
16863066      +A Mancilla & L Mancilla,   584 Arlington Lane,   South Elgin, IL 60177-2869
16841251      +Alfred A. Akkeron, MD,   Broadway Orthopedics, Ltd,   Westlake Professional Building,
                1111 Superior, Ste 305,   Melrose Park, IL 60160-4158
16841252       AmeriGas,   522 S Vermont Street,   Palatine, IL 60067-6948
16841254      +B & H Freight, Inc.,   Law Offices of Michael Davis Weis,   P. O. Box 1166,
                Northbrook, IL 60065-1166
16841255      +B & H Frieght,   P. O. Box 633,   Bensenville, IL 60106-0633
16841257      +BTL Pallet Corporation,   3310 W Elm Road,   Franklin, WI 53132-9170
16841256       Bernie's Saw & Supply, Inc,   1233 Circle Avenue,   Froest Park, IL 60130-2416
16841258       Chase,   P. O. Box 15298,   Wilmington, DE 19850-5298
16841259       Chase Business Line of Credit,   P. O Box 260161,   Baton Rouge, LA 70826-0161
16841261      +Citibank,   Houselman Rappin & Olswang, Ltd,   39 S LaSalle Street,   Chicago, IL 60603-1603
16841260      +Citibank,   3950 Regent Blvd.,   Mail Stop S3A-315,   Irving, TX 75063-2244
16841262      +Collins Backflor Specialists, Inc.,   736 W Karen Lane,   Palatine, IL 60067-2328
16841264       Cook County Dept of Revenue,   Environmental Control,   P. O. Box 641547,
                Chicago, IL 60664-1547
16873832      +David - Levy Unit,   Illinois Department of Revenue,   PO Box 19035,   101 West Jefferson,
                Springfield, IL 62702-5145
16841266      +Defrees & Fiske, LLC,   Law Offices,   200 S Michigan Avenue, Ste 1100,   Chicago, IL 60604-2461
16858032       Department of the Treasury,   Internal Revenue Service,   Cincinnati, OH 55999-0039
16841267      +Dex One,   Attn: Client Care,   1615 Bluff City Highway,   Bristol, TN 37620-6055
16841268       Discover More,   P. O. Box 15192,   Wilmington, DE 19850-5192
16873837      +Elliott & Associates Attorney PC,   1430 Lee Street,   Des Plaines, IL 60018-1517
16841269      +Elliott & Associates Attorney PC,   Michael J Elliot,   1430 Lee Street,
                Des Plaines, IL 60018-1517
16841270     #+Elmhurst Memorial Occupational Health Se,   230 E Irving Park Road,   Wood Dale, IL 60191-2039
16841271       Elmhurst Memorical Occ Health Services,   Department 4596,   Carol Stream, IL 60122-4596
16841272      +Eric Janssen, as Reciever,   Sanford Kahn, Ltd,   180 N LaSalle Street, Ste 2025,
                Chicago, IL 60601-2612
16841273       FedEx,   P. O. Box 94515,   Palatine, IL 60094-4515
16841274      +FedEx,   NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
16841275      +Fire Equipment Company,   80 W Lake Street,   P. O. Box 2308,   Northlake, IL 60164-0308
16841276      +G. Bose & Associates, Inc.,   3108 Venard Road,   Downers Grove, IL 60515-1139
16841277      +Harvey Pallets, Inc.,   13601 S Western Avenue,   Blue Island, IL 60406-5057
16841278      +Howard & Howard,   Law for Business,   200 S Michigan Avenue, Ste 1100,   Chicago, IL 60604-2461
16858031     ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   PO Box 19035,   101 West Jefferson,
                Springfield, IL 62794-9035)
17105862      +Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
18467545       Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
16841279       Illinois Department of Revenue,   Bankruptcy Section,   Level 7-425,   Chicago, IL 60101
16841280      +Illinois Dept of Employment Security,   Benefit Payment,   Control Division,   P. O. Box 4385,
                Chicago, IL 60680-4385
17230977      +JPMorgan Chase Bank, N.A.,   c/o Law Office of Douglas Johnson,   321 N. Clark, 5th Floor,
                Chicago, IL 60654-4769
16841283      +Kamps Pallets, Inc.,   McKenzie Becker & Stevens, Inc.,   Accounts Receivables Mgmt Special,
                P. O. Box 1967,   Lakeville, CT 06039-1967
16841284      +Linc Systems,   16540 Southpark Drive,   Westfield, IN 46074-8436
16841285      +Marco Saldana,   c/o Shapiro Vasilatos & Cotter, PC,   Attorneys at Law,
                555 W Jackson Blvd., Ste 700,   Chicago, IL 60661-5708
16841286      +Menards,   Lewis Brisbois Bisgaard & Smith, LLP,   550 W Adams Street, STe 300,
                Chicago,IL 60661-3607
16841287      +Metropolitan Lumber Company,   4200 Cantera Drive,   Warrenville, IL 60555-3040
16841288      +National Pump & Compressor,   4533 W North Avenue,   Melrose Park, IL 60160-1022
16841290      +Packaging Partners,   c/o The ChaetKaplanBaim Firm,   Attorneys at Law,
                30 N LaSalle Street, Ste 1520,   Chicago, IL 60602-3387
16841291       Penske Truck Leasing Co., LP,   P. O. Box 802577,   Chicago, IL 60680-2577
16841292       Preferred Long Distance, Inc.,   16830 Ventura Blvd., Ste 350,   Encino, CA 91436-1716
16841293      +Premium Finance Agreement,   c/o Imperial Credit Corporation,   101 Hudson Street,
                Jersey City, NJ 07302-3915
16841294       Restruction General Contractors,   Lou Harris & Company,   613 Academy Drive,
                Northbrook, IL 60062-2420
16841295       Restruction General Contractors,   136 Shermer Road, Ste 220,   Northbrook, IL 60062
18413401     #+Restruction General Contractors LLC,   3141 MacArthur Blvd,   Northbrook, IL 60062-1903
16841296      +Small Business Administration,   c/o Patrick J. Fitzgerald,   219 S. Dearborn St., Fifth Floor,
                ATTN: Joel R. Nathan, Esq.,   Chicago, IL 60604-1702
16841297      +SomerCor 504, Inc,   601 S LaSalle Street,   Chicago, IL 60605-1725
16841298      +T Mobile Customer Relations,   P. O. Box 37380,   Albuquerque, NM 87176-7380
16841300      +Veolia Enviromental Services,   4612 W Lake Street,   Melrose Park, IL 60160-2747
16841301      +Village of Bensenville,   12 S Center Street,   Bensenville, IL 60106-2130
16841302      +Village of Franklin Park,   9500 W Belmont Avenue,   Franklin Park, IL 60131-2798
```

```
District/off: 0752-1          User: cgreen                Page 2 of 3                   Date Rcvd: Oct 25, 2013
                              Form ID: pdf006             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16841253       E-mail/Text: g17768@att.com Oct 26 2013 00:52:46      AT & T,    P. O. Box 8100,
                 Aurora, IL 60507-8100
18626805       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2013 00:56:49
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
16841263      +E-mail/Text: legalcollections@comed.com Oct 26 2013 00:54:30      Commonwealth Edison,
                 Customer Care Center,   P. O. Box 805379,   Chicago, IL 60680-4179
16841265      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 26 2013 00:54:04
                 Cook County Treasurer's Office,   118 N Clark Street, Ste 112,   Chicago, IL 60602-1590
18736736      +E-mail/Text: g17768@att.com Oct 26 2013 00:52:46      Illinois Bell Telephone Company,
                 AT&T Services, Inc,   James Grudus, Esq.,   One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
16873849       E-mail/Text: cio.bncmail@irs.gov Oct 26 2013 00:52:57      Internal Revenue Service,
                 Department of the Treasury,   Centralized Insolvency Operations,   P. O. Box 7346,
                 Philadelphia, PA 19101-7346
16841281       E-mail/Text: cio.bncmail@irs.gov Oct 26 2013 00:52:57      Internal Revenue Services,
                 Department of the Treasury,   Centralized Insolvency Operations,   P. O. Box 7346,
                 Philadelphia, PA 19101-7346
16841289       E-mail/Text: bankrup@aglresources.com Oct 26 2013 00:52:36      Nicor Gas,   P. O. Box 2020,
                 Aurora, IL 60507-2020
16841303       E-mail/Text: jsanceri@yellowpagesinc.com Oct 26 2013 00:53:08      Yellow Pages, Inc.,
                 P. O. Box 60007,   Anaheim, CA 92812-6007
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16841299       T-Mobile
16873867       T-Mobile
16873815*     +A. Mancilla & L. Mancilla,   584 Arlington Lane,   South Elgin, IL 60177-2869
16873816*     +A. Mancilla & L.Mancilla,   584 Arlington Lane,   South Elgin, IL 60177-2869
16873819*      AT & T,   P. O. Box 8100,   Aurora, IL 60507-8100
16873817*     +Alfred A. Akkeron, MD,   Broadway Orthopedics, Ltd,   Westlake Professional Building,
                 1111 Superior, Ste 305,   Melrose Park, IL 60160-4158
16873818*      AmeriGas,   522 S Vermont Street,   Palatine, IL 60067-6948
16873820*     +B & H Freight, Inc.,   Law Offices of Michael Davis Weis,   P. O. Box 1166,
                 Northbrook, IL 60065-1166
16873821*     +B & H Frieght,   P. O. Box 633,   Bensenville, IL 60106-0633
16873823*     +BTL Pallet Corporation,   3310 W Elm Road,   Franklin, WI 53132-9170
16873822*      Bernie's Saw & Supply, Inc,   1233 Circle Avenue,   Froest Park, IL 60130-2416
16873824*      Chase,   P. O. Box 15298,   Wilmington, DE 19850-5298
16873825*      Chase Business Line of Credit,   P. O Box 260161,   Baton Rouge, LA 70826-0161
16873827*     +Citibank,   Houselman Rappin & Olswang, Ltd,   39 S LaSalle Street,   Chicago, IL 60603-1603
16873826*     +Citibank,   3950 Regent Blvd.,   Mail Stop S3A-315,   Irving, TX 75063-2244
16873828*     +Collins Backflor Specialists, Inc.,   736 W Karen Lane,   Palatine, IL 60067-2328
16873829*     +Commonwealth Edison,   Customer Care Center,   P. O. Box 805379,   Chicago, IL 60680-4179
16873830*      Cook County Dept of Revenue,   Environmental Control,   P. O. Box 641547,
                 Chicago, IL 60664-1547
16873831*     +Cook County Treasurer's Office,   118 N Clark Street, Ste 112,   Chicago, IL 60602-1590
16873833*     +Defrees & Fiske, LLC,   Law Offices,   200 S Michigan Avenue, Ste 1100,   Chicago, IL 60604-2461
16873834*      Department of the Treasury,   Internal Revenue Service,   Cincinnati, OH  55999-0039
16873835*     +Dex One,   Attn: Client Care,   1615 Bluff City Highway,   Bristol, TN 37620-6055
16873836*      Discover More,   P. O. Box 15192,   Wilmington, DE 19850-5192
16873838*     +Elmhurst Memorial Occupational Health Se,   230 E Irving Park Road,   Wood Dale, IL 60191-2039
16873839*      Elmhurst Memorical Occ Health Services,   Department 4596,   Carol Stream, IL 60122-4596
16873840*     +Eric Janssen, as Reciever,   Sanford Kahn, Ltd,   180 N LaSalle Street, Ste 2025,
                 Chicago, IL 60601-2612
16873841*      FedEx,   P. O. Box 94515,   Palatine, IL 60094-4515
16873842*     +FedEx,   NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
16873843*     +Fire Equipment Company,   80 W Lake Street,   P. O. Box 2308,   Northlake, IL 60164-0308
16873844*     +G. Bose & Associates, Inc.,   3108 Venard Road,   Downers Grove, IL 60515-1139
16873845*     +Harvey Pallets, Inc.,   13601 S Western Avenue,   Blue Island, IL 60406-5057
16873846*     +Howard & Howard,   Law for Business,   200 S Michigan Avenue, Ste 1100,   Chicago, IL 60604-2461
16873847*      Illinois Department of Revenue,   Bankruptcy Section,   Level 7-425,   Chicago, IL 60101
16873848*     +Illinois Dept of Employment Security,   Benefit Payment,   Control Division,   P. O. Box 4385,
                 Chicago, IL 60680-4385
16873850*     +John J Morrison, Ltd,   Attorney at Law,   20 N Wacker Drive, Ste 2900,   Chicago, IL 60606-3101
16873851*     +Kamps Pallets, Inc.,   McKenzie Becker & Stevens, Inc.,   Accounts Receivables Mgmt Special,
                 P. O. Box 1967,   Lakeville, CT 06039-1967
16873852*     +Linc Systems,   16540 Southpark Drive,   Westfield, IN 46074-8436
16873853*     +Marco Saldana,   c/o Shapiro Vasilatos & Cotter, PC,   Attorneys at Law,
                 555 W Jackson Blvd., Ste 700,   Chicago, IL 60661-5708
16873854*     +Menards,   Lewis Brisbois Bisgaard & Smith, LLP,   550 W Adams Street, STe 300,
                 Chicago,IL 60661-3607
16873855*     +Metropolitan Lumber Company,   4200 Cantera Drive,   Warrenville, IL 60555-3040
16873856*     +National Pump & Compressor,   4533 W North Avenue,   Melrose Park, IL 60160-1022
16873857*      Nicor Gas,   P. O. Box 2020,   Aurora, IL 60507-2020
```

```
District/off: 0752-1           User: cgreen              Page 3 of 3                  Date Rcvd: Oct 25, 2013
                               Form ID: pdf006           Total Noticed: 64


             ***** BYPASSED RECIPIENTS (continued) *****
16873858*    +Packaging Partners,   c/o The ChaetKaplanBaim Firm,    Attorneys at Law,
               30 N LaSalle Street, Ste 1520,    Chicago, IL 60602-3387
16873859*     Penske Truck Leasing Co., LP,    P. O. Box 802577,    Chicago, IL 60680-2577
16873860*     Preferred Long Distance, Inc.,    16830 Ventura Blvd., Ste 350,    Encino, CA 91436-1716
16873861*    +Premium Finance Agreement,   c/o Imperial Credit Corporation,    101 Hudson Street,
               Jersey City, NJ 07302-3915
16873862*     Restruction General Contractors,    Lou Harris & Company,    613 Academy Drive,
               Northbrook, IL 60062-2420
16873863*     Restruction General Contractors,    136 Shermer Road, Ste 220,    Northbrook, IL 60062
16873864*    +Small Business Administration,    c/o Patrick J. Fitzgerald,    219 S. Dearborn St., Fifth Floor,
               ATTN: Joel R. Nathan, Esq.,    Chicago, IL 60604-1702
16873865*    +SomerCor 504, Inc,    601 S LaSalle Street,    Chicago, IL 60605-1725
16873866*    +T Mobile Customer Relations,    P. O. Box 37380,    Albuquerque, NM 87176-7380
16873868*    +Veolia Enviromental Services,    4612 W Lake Street,    Melrose Park, IL 60160-2747
16873869*    +Village of Bensenville,    12 S Center Street,    Bensenville, IL 60106-2130
16873870*    +Village of Franklin Park,    9500 W Belmont Avenue,    Franklin Park, IL 60131-2798
16873871*     Yellow Pages, Inc.,    P. O. Box 60007,    Anaheim, CA 92812-6007
16841282   ##+John J Morrison, Ltd,    Attorney at Law,    20 N Wacker Drive, Ste 2900,    Chicago, IL 60606-3101
                                                                                       TOTALS: 2, * 53, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
              Charles W. Dobra    on behalf of Debtor    Skyline Pallets Service, Inc.
               cwdobra@dobralaw.comcastbiz.net, eileen_powers@sbcglobal.net
              Douglas R Johnson    on behalf of Creditor    JPMorgan Chase Bank, N.A. dj@illinoisattorney.com,
               katherine.rehan@illinoisattorney.com
              Joseph Voiland     jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```