# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
SKYLINE PALLETS SERVICE, INC. § Case No. 11-06550
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | JPMORGAN CHASE BANK, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| Elliot & Associates Attorneys, PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | ELLIOTT & ASSOCIATES ATTORNEY PC | | | | | |
| 000008 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000006B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 00002B | JP MORGAN CHASE BANK | | | | | |
| 000005 | PREFERRED LONG DISTANCE, INC. | | | | | |
| 000003 | RESTRUCTION GENERAL CONTRACTORS LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 11-06550   RG   Judge: MANUEL BARBOSA  
Case Name: SKYLINE PALLETS SERVICE, INC.  
For Period Ending: 02/25/14

Trustee Name: JOSEPH R. VOILAND  
Date Filed (f) or Converted (c): 02/20/11 (f)  
341(a) Meeting Date: 04/04/11  
Claims Bar Date: 04/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 480 Podlin, Franklin Park, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 3. checking acct. - Chase | 1,200.00 | 1,200.00 | | 7,601.25 | FA |
| 4. savings acct. | 2.21 | 2.21 | DA | 0.00 | FA |
| 5. savings acct - Oak Trust | 85.57 | 85.57 | DA | 0.00 | FA |
| 6. CD - Illinois National Bank | Unknown | 0.00 | DA | 0.00 | FA |
| 7. accts. rec. | 0.00 | 0.00 | DA | 617.10 | FA |
| 8. furniture | Unknown | 0.00 | DA | 0.00 | FA |
| 9. inventory | Unknown | 0.00 | DA | 0.00 | FA |
| 10. real estate tax refund (u) | 0.00 | 4,000.00 | | 4,244.55 | FA |
| 11. Nicor (u) | Unknown | 0.00 | | 166.94 | FA |
| 12. class action settlement (junk faxes) (u) | 0.00 | 0.00 | | 591.19 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,337.78   $5,337.78       $13,221.45   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/13   Current Projected Date of Final Report (TFR): 06/15/13

LFORM1   Ver: 16.05c  
UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-06550 -RG | |
| Case Name: | SKYLINE PALLETS SERVICE, INC. | |
| Taxpayer ID No: | *******9915 | |
| For Period Ending: | 02/25/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******5665  Money Market Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/11 | 7 | Skyline Pallets Service, Inc. | account recievable | 1121-000 | 617.10 | | 617.10 |
| | | | Replicated from deposit #100001-1 | | | | |
| | | | DEPOSIT CHECK #197008 | | | | |
| 05/27/11 | 3 | Skyline Pallets Service, Inc. | checking account proceeds | 1129-000 | 3,580.77 | | 4,197.87 |
| | | | DEPOSIT CHECK #34697 | | | | |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,197.90 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,197.93 |
| 08/11/11 | 3 | Castle Bank | balance of proceeds from debtor checking account | 1129-000 | 4,020.48 | | 8,218.41 |
| | | | DEPOSIT CHECK #9032907001 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 8,218.45 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,193.45 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,193.51 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,168.51 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,168.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,143.57 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,143.63 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,118.63 |
| 12/06/11 | 11 | Nicor | refund | 1290-000 | 166.94 | | 8,285.57 |
| 12/20/11 | 10 | Maria Pappas | real estate tax refund | 1224-000 | 4,244.55 | | 12,530.12 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 12,530.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,505.19 |
| * 01/08/12 | | Maria Pappas | duplicate entry | 1224-003 | 4,244.55 | | 16,749.74 |
| | | | Replicated from deposit #100004-1 | | | | |
| * 01/08/12 | | Maria Pappas | real estate tax refund | 1224-003 | -4,244.55 | | 12,505.19 |
| 01/10/12 | 001001 | Elliot & Associates Attorneys, PC | payment of legal fees per order of 12/1/11 | 3210-000 | | 1,414.85 | 11,090.34 |
| | | 1430 Lee Street | | | | | |
| | | Des Plaines, IL  60131 | | | | | |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 11,090.41 |

Page Subtotals    12,630.26    1,539.85

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-06550 -RG | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | SKYLINE PALLETS SERVICE, INC. | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******5665 Money Market Account |
| Taxpayer ID No: | *******9915 |  |  |
| For Period Ending: | 02/25/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 |  | Transfer to Acct #*******4711 | Bank Funds Transfer | 9999-000 |  | 11,090.41 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 12,630.26 | 12,630.26 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 11,090.41 |  |
| Subtotal | 12,630.26 | 1,539.85 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 12,630.26 | 1,539.85 |  |

Page Subtotals    0.00    11,090.41

Ver: 16.05c

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-06550 -RG | |
| Case Name: | SKYLINE PALLETS SERVICE, INC. | |
| Taxpayer ID No: | *******9915 | |
| For Period Ending: | 02/25/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4711 Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/25/12 | | Transfer from Acct #*******5665 | Bank Funds Transfer | 9999-000 | 11,090.41 | | 11,090.41 |
| | 03/10/12 | 12 | Bock & Hatch, LLC | | 1290-000 | 591.19 | | 11,681.60 |
| | 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 11.20 | 11,670.40 |
| | 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 11.99 | 11,658.41 |
| | 06/01/13 | | Congressional BANK | bank service charge (4/22/13) | 2600-000 | | 12.39 | 11,646.02 |
| | 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 12.37 | 11,633.65 |
| | 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 11.95 | 11,621.70 |
| | 08/01/13 | 001001 | JPMorgan Chase Bank, N.A.<br>c/o Law Office of Douglas Johnson<br>321 N. Clark, 5th Floor<br>Chicago, IL 60654 | | 4210-000 | | 7,000.00 | 4,621.70 |
| | 08/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 12.34 | 4,609.36 |
| | 09/30/13 | | cong bnk | bank service fee | 9999-000 | | 10.00 | 4,599.36 |
| | 10/22/13 | | congressional bank | bank service fee refund | 9999-000 | 10.00 | | 4,609.36 |
| * | 10/24/13 | | Congressional Bank | reversal of bank service fee | 9999-003 | 10.00 | | 4,619.36 |
| * | 11/09/13 | | Reverses Adjustment IN on 10/24/13 | reversal of bank service fee | 9999-003 | -10.00 | | 4,609.36 |
| | 12/05/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 2,072.15 | 2,537.21 |
| | 12/05/13 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 146.70 | 2,390.51 |
| | 12/05/13 | 001004 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | | 5800-000 | | 1,099.53 | 1,290.98 |
| | 12/05/13 | 001005 | Illinois Department of Revenue<br>Bankruptcy Section | | 5800-000 | | 1,290.98 | 0.00 |

Page Subtotals    11,691.60    11,691.60

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Case 11-06550   Doc 52   Filed 03/17/14   Entered 03/17/14 09:57:25   Desc Main
Document      Page 11 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-06550 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | SKYLINE PALLETS SERVICE, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4711 Checking Account |
| Taxpayer ID No: | *******9915 | | | |
| For Period Ending: | 02/25/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 64338<br>Chicago, IL 60664-0338 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 11,691.60 | 11,691.60 | 0.00 |
| Less: Bank Transfers/CD's | 11,090.41 | 0.00 | |
| Subtotal | 601.19 | 11,691.60 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 601.19 | 11,691.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5665 | 12,630.26 | 1,539.85 | 0.00 |
| Checking Account - ********4711 | 601.19 | 11,691.60 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,231.45 | 13,231.45 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*